IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RENEE WAMSLEY,**

**Plaintiff,**

**v.**

**MERCK & CO. INC.,**

**Defendant.**                                          **No. 05-CV-0657-DRH**

## ORDER

**HERNDON, District Judge:**

Pending before the Court is Merck's September 19, 2005 motion to stay all proceedings (Doc. 5).  Specifically, Merck moves the Court to stay this action pending its likely transfer to ***In re Vioxx Products Liab. Litig.*, (MDL) No. 1657**.  As of this date, Plaintiff has not responded to the motion.  Pursuant to **LOCAL RULE 7.1(g)**, the Court considers this failure an admission of the merits of the motion.[1]  Thus, the Court **GRANTS** Merck's motion to stay (Doc. 5).  The Court **STAYS** this

---

[1] "A party opposing such a motion shall have **ten (10) days** after service of the motion to file a written response.  Failure to file a timely response to a motion may, in the court's discretion, be considered an admission of the merits of the motion."  **LOCAL RULE 7.1(g)**.

matter pending its transfer to the MDL.

**IT IS SO ORDERED.**

Signed this 4th day of October, 2005.

/s/          David RHerndon
**United States District Judge**